UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRELL EDWARD JONES,

    Plaintiff,

 v.

PEDRO S. CHOU,

    Defendant.

CASE NO. C20-5084 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 28. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Defendant's motion for summary judgment is **GRANTED in part** and **DENIED in part**. Plaintiff's claim is dismissed with prejudice, and Defendant's request for sanctions is denied as moot;

(3)   The Clerk shall enter JUDGMENT and close this case; and

ORDER - 1

(4)  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and Judge Christel.

Dated this 2nd day of April, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge